UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY WILKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:22-cv-00428-SEP |
| ) | |
| ASCENSION LONG-TERM, ) | |
| DISABILITY PLAN, and ASCENSION ) | |
| HEALTH ALLIANCE d/b/a ASCENSION, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW Defendants Ascension Long-Term Disability Plan and Ascension Health Alliance d/b/a Ascension, by and through their undersigned counsel, and hereby dismiss with prejudice all claims and all causes of action in the above-captioned case, with each party to bear their own attorneys' fees, expenses, and costs.

Dated: May 3, 2024                      Respectfully submitted.

                                        UB GREENSFELDER LLP


                                        By:    /s/ David J. Wasserman
                                           Amy L. Blaisdell, #51068
                                           David J. Wasserman, #72187
                                           10 S. Broadway, Suite 2000
                                           St. Louis, MO  63102
                                           Telephone:  (314) 241-9090
                                           Facsimile:  (314) 241-8624
                                           ablaisdell@ubglaw.com
                                           dwasserman@ubglaw.com

                                           *Attorneys for Defendants*

4870-7639-9035, v. 1

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2024 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Phillip A. Tatlow
BOLLWERK & TATLOW LLC
10525 Big Bend Blvd.
Kirkwood, MO 63122
(314) 315-8111
(314) 315-8113
pat@bollwerktatlow.com

*Attorney for Plaintiff*

                                                  /s/ David J. Wasserman